Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| **HARRIET BELT,** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
|   vs. | ) | Case Number: 15-3242 |
| | ) | |
| **PETERSEN HEALTH CARE and** | ) | |
| **PETERSEN HEALTH CARE – FARMER** | ) | |
| **CITY, LLC,** | ) | |
|     **Defendants.** | ) | |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED**, pursuant to a Text Order entered by U.S. District Judge Sue E. Myerscough on 10/08/2015, judgment is entered in favor of the Plaintiff and against Defendants in the amount of $2,000, plus reasonable attorney's fees and costs.-------------

**Dated: October 9, 2015**

                s/ Kenneth A. Wells
                Kenneth A. Wells
                Clerk, U.S. District Court