**E-FILED**
Friday, 06 November, 2015  04:19:42 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **HARRIET BELT, on behalf of herself and all others similarly situated,** | ) ) ) | |
| **Plaintiffs,** | ) ) | **CASE No. 3:15-cv-03242-SEM-TSH** |
| **v.** | ) ) | |
| **PETERSEN HEALTH CARE, a domestic corporation, and** | ) ) ) | |
| **PETERSEN HEALTH CARE - FARMER CITY, LLC** | ) ) ) | |
| **Defendants.** | ) | |

**JOINT STIPULATION REGARDING ATTORNEYS' FEES AND COSTS**

NOW COME the Parties, through their respective attorneys, to stipulate and advise the Court that the Parties have reached agreement on the reasonable attorneys' fees and costs to be awarded to Plaintiff and her counsel and, in light of that agreement, the Parties consider all matters before the Court in this lawsuit to be fully and finally resolved such that it is appropriate for the Court to close this case.

Respectfully submitted,

| | |
|---|---|
| /s/ Rowdy Byron Meeks | /s/ Jeffrey A. Risch |
| Rowdy Byron Meeks | Jeffrey A. Risch |
| ROWDY MEEKS LEGAL GROUP LLC | SMITHAMUNDSEN LLC |
| 10601 Mission Road | 3815 E. Main Street |
| Suite 100 | Suite A-1 |
| Leawood, KS 66206 | St. Charles, IL 60174 |
| (913) 766-5587 – Telephone | (630) 587-7910 – Telephone |
| (816) 875-5069 – Facsimile | (630) 587-7960 – Facsimile |
| rowdy.meeks@rmlegalgroup.com | JRisch@salawus.com |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2015, I electronically filed the foregoing **Joint Stipulation Regarding Attorneys' Fees and Costs** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Rowdy Byron Meeks | Tracey Flexter George |
| ROWDY MEEKS LEGAL GROUP LLC | DAVIS GEORGE MOOK LLC |
| 10601 Mission Rd Suite 100 | 1600 Genessee St., Suite 328 |
| Leawood, KS 66206 | Kansas City, MO 64102 |
| rowdy.meeks@rmlegalgroup.com | tracey@dgmlawyers.com |

I hereby certify that I have mailed via United States Postal Service the document to any non CM/ECF participants.

/s/ Jeffrey A. Risch
One of Defendants' Attorneys

SmithAmundsen LLC
Jeffrey A. Risch
3815 E. Main Street
Suite A-1
St. Charles, IL 60174
(630) 587-7910 – Telephone
(630) 587-7960 – Facsimile
JRisch@salawus.com
**ATTORNEY FOR DEFENDANTS**